# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES LLC D/B/A GENESIS DIAGNOSTICS, <br><br> *Plaintiff*, <br><br> *v.* <br><br> UPMC HEALTH PLAN INC. and UNIVERSITY OF PITTSBURGH MEDICAL CENTER, <br><br> *Defendants*. | No. 2:24-cv-00227-CFK |

## ORDER

**AND NOW**, this ___ day of _____, 2025, upon consideration of *Defendants' Omnibus Discovery Motion* and all submissions and arguments in connection with that motion, it is **ORDERED** that the Motion is **GRANTED**.

It is **ORDERED** that:

(1) the "General Objections" Plaintiff lodged in response to Defendants' Interrogatories and Requests for Production of Documents (Sets 1 and 2) are stricken;

(2) All of Plaintiff's objections premised on it previously serving initial disclosures are stricken;

(3) Each "form objection" Plaintiff asserted is stricken;

(4) All attorney-client privilege and work-product doctrine objections Plaintiff asserted are stricken;

(5) Each "overly broad," "unduly burdensome," "ambiguous," and/or "repetitive" objection Plaintiff asserted is stricken;

(6) Each objection asserting that the discovery request calls for factual and legal conclusions is stricken;

(7) Each objection asserting that a document request calls for documents in Defendants' possession is stricken;

(8) Plaintiff shall produce to Defendants contact information for Alan Ace by April 15, 2025; and

(9) Each specific deficiency identified in Defendants' Motion is incorporated into this Order.

It is further **ORDERED** that Plaintiff's written responses to Defendants' Interrogatories and Requests for Production of Documents (Sets 1 and 2) need to be corrected to resolve those deficiencies identified in Defendant's Motion and further, Plaintiff shall produce complete supplemental discovery responses in response to Defendants' Interrogatories and Requests for Production of Documents (Sets 1 and 2) no later than April 15, 2025.

It is further **ORDERED** that Plaintiff shall produce, in person, the following witnesses for deposition:

30(b)(6) Witness on April 23, 2025

Alan Miller on April 25, 2025

Abraham Miller on April 29, 2025

Gabriela Lavin-Mongillo April 30, 2025

Plaintiff shall also produce to UPMC contact information for Alan Ace, who Plaintiff previously represented was a witness under Plaintiff's control, no later than 5 business days after entry of this order.

**BY THE COURT:**

_____
**Kenney, J.**