# **<u>CERTIFICATION OF GOOD FAITH</u>**

I, Matthew C. Brunelli, certify under Federal Rule of Civil Procedure 26(c)(1) that Defendants have in good faith conferred or attempted to confer with Plaintiff in an effort to resolve the dispute here without court action.

*/s/ Matthew C. Brunelli*
Matthew C. Brunelli

Date: April 4, 2025