# CERTIFICATE OF SERVICE

I, Matthew C. Brunelli, certify that on the date below I am serving the foregoing on all counsel of record and parties by the Court's electronic filing system.

*/s/ Matthew C. Brunelli*
Matthew C. Brunelli

Date: April 4, 2025