# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES LLC D/B/A GENESIS DIAGNOSTICS, <br><br> *Plaintiff*, <br><br> v. <br><br> UPMC HEALTH PLAN INC. and UNIVERSITY OF PITTSBURGH MEDICAL CENTER, <br><br> *Defendants*. | No. 2:24-cv-00227-CFK |

## DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

Defendants UPMC Health Plan Inc. and University of Pittsburgh Medical Center (collectively, "UPMC") request that Plaintiff, Abira Medical Laboratories LLC d/b/a Genesis Diagnostics ("Abira"), answer the following interrogatories within 30 days, under Fed.R.Civ.P. 33.

1. State the name, address, telephone number, and email address for each natural person involved in answering these Interrogatories and/or UPMC's First Set of Requests for Production of Documents and/or in any aspect of the production of documents in response to those Requests, including persons who you consulted or who provided information relied on by you in answering or producing, and state the information and/or documents supplied by each such person.

2. State the name, address, telephone number, and email address for each natural person with knowledge of any of the facts alleged in Abira's Amended Complaint (ECF No. 20) and describe the subject matter and substance of each person's knowledge.

3. State the name, address, telephone number, and email address for each natural person with knowledge of the damages that are alleged in Abira's Amended Complaint and describe the substance of each person's knowledge.

4. State the name, address, telephone number, and email address for each natural person with knowledge of the allegedly unpaid balances that are alleged in Abira's Amended Complaint and describe the substance of each person's knowledge.

5. State the name, address, telephone number, and email address for each current and former Abira employee with knowledge of Abira's efforts to collect the allegedly unpaid balances identified in the Amended Complaint.

6. Describe in detail Abira's internal policies and procedures regarding the steps it followed to collect funds for clinical, laboratory, pharmacy, genetics, addiction rehabilitation, and COVID-19 testing services it rendered in 2016 through 2023 from insurers.

7. Describe in detail Abira's internal policies and procedures regarding the steps it follows to collect unpaid balances associated with its performance of clinical, laboratory, pharmacy, genetics, addiction rehabilitation, and COVID-19 testing services it rendered in 2016 through 2023.

8. State the name, address, telephone number and email address for each current and former Abira employee with knowledge of Abira's internal policies and procedures regarding the steps it follows to collect unpaid balances associated with its performance of clinical, laboratory, pharmacy, genetics, addiction rehabilitation, and COVID-19 testing services.

9. Describe in detail all steps Abira has taken, is taking, and expects to take to recover funds from any and all natural persons that Abira claims were members/subscribers insured by UPMC during the period alleged in the Amended Complaint or any such recovery from any other person or entity.

10. State the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's efforts to recover funds from all natural persons that Abira claims were members/subscribers insured by UPMC during the period alleged in the Amended Complaint or any such recovery from any other person or entity.

11. State the total dollar amount that Abira has recovered from any and all natural persons that Abira claims were members/subscribers insured by UPMC during the period alleged in the Amended Complaint or any such recovery from any other person or entity.

12. State the name, address, telephone number, and email address of each UPMC insured that you allege had requisitions submitted on their behalf for laboratory testing services containing an assignment of benefits that created contractual obligations on the part of UPMC to pay for laboratory testing services that Abira allegedly provided to such insureds.

13. State the name, address, telephone number and email address of each UPMC insured that you allege executed an assignment of benefits with respect to any requisitions for services.

14. State the name, address, telephone number and email address for each current and former Abira employee with knowledge of requisitions that were allegedly submitted on behalf of UPMC insureds for laboratory testing services that allegedly contained an assignment of benefits to Abira.

15. State the name, address, telephone number and email address for each natural person for whom Abira submitted a claim for payment to UPMC from 2016 through 2023.

16. Identify each natural persons associated with each claim number identified on Exhibit 1 that is attached to the Amended Complaint.

17. State the name, address, telephone number and email address for each natural person on whose behalf Abira received payment from UPMC and, with respect to each such natural person, state: (a) the date(s) Abira performed any laboratory testing services; (b) the specific laboratory testing services perform; and (c) the date Abira tendered UPMC a claim for payment.

18. For each claim number that is identified on Exhibit 1 that is attached to the Amended Complaint, state: (a) the name of each natural person associated with each claim number; (b) the date Abira originally learned that the claims for payment were denied; (c) the stated reason for the denials; (d) all natural persons having knowledge of the claims being denied; and (e) what steps, if any, Abira took to collect payment after it learned of the denials.

Respectfully submitted,

*/s/ Matthew C. Brunelli*
Karl S. Myers (No. 90307)
Matthew C. Brunelli (No. 93498)
STEVENS & LEE
1500 Market Street
East Tower, 18th Floor
Philadelphia, PA 19102
(215) 751-2864
karl.myers@stevenslee.com
(215) 751-1955

02/05/2025 SL1 2624135v1 102120.00049

matthew.brunelli@stevenslee.com
Counsel for Defendants,
UPMC Health Plan Inc. and
University Of Pittsburgh Medical Center

Date: February 5, 2025

# CERTIFICATE OF SERVICE

I certify that on the date below I caused the foregoing document to be served on the following by First Class US Mail and email as follows:

Afiyfa H. Ellington, Esq.
Abira Medical Laboratories, LLC
d/b/a Genesis Diagnostics
957 Route 33, Suite 12, #322
Hamilton Square, NJ 08690
aellington@genesisdx.com

>   */s/ Matthew C. Brunelli*
>   Matthew C. Brunelli

Date: February 5, 2025