# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES LLC D/B/A GENESIS DIAGNOSTICS,<br><br>*Plaintiff*,<br><br>v.<br><br>UPMC HEALTH PLAN INC. and UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>*Defendants*. | No. 2:24-cv-00227-CFK |

## DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

Defendants UPMC Health Plan Inc. and University of Pittsburgh Medical Center (collectively, "UPMC") request that Plaintiff, Abira Medical Laboratories LLC d/b/a Genesis Diagnostics ("Abira"), produce the following to undersigned counsel within 30 days, under Fed.R.Civ.P. 34.

1. All documents and electronically stored information referenced in the Amended Complaint (ECF No. 20).

2. All documents and electronically stored information showing Abira's attempts to collect payment from UPMC for services provided to UPMC insureds.

3. Every requisition for laboratory testing service that Abira submitted to UPMC as alleged in Paragraph 14 of the Amended Complaint.

4. Every assignment of benefits that UPMC insureds executed as alleged in Paragraphs 15 and 16 of the Amended Complaint.

5. All documents and electronically stored information showing each requisition that corresponds with each claim number identified on Exhibit 1 that is attached to the Amended Complaint.

6. All documents and electronically stored information showing each assignment of benefits that corresponds with each claim number identified on Exhibit 1 that is attached to the Amended Complaint.

7. All documents and electronically stored information in each of Abira's files for each of the claims identified on Exhibit 1 that is attached to the Amended Complaint.

8. All other documents and electronically stored information for each claim identified on Exhibit 1 that is attached to the Amended Complaint.

9. All documents and electronically stored information showing Abira's claimed right to seek payment from UPMC.

10. All documents and electronically stored information showing Abira's claimed right to demand payment from UPMC under UPMC health insurance plans.

02/05/2025 SL1 2624130v1 102120.00049

11. All documents and electronically stored information showing Abira's claimed right to collect payment from UPMC under UPMC health insurance plans.

12. For each claimed payment, all documents and electronically stored information showing that Abira conferred a benefit upon the UPMC insured for whom Abira claims payment from UPMC.

13. For each claimed payment, all documents and electronically stored information showing each instance when Abira pursued payment from UPMC.

14. For each claimed payment, all documents and electronically stored information Abira sent to UPMC in support of Abira's claim for payment.

15. For each claimed payment, all documents and electronically stored information showing Abira's claimed right to demand and collect payment under a UPMC health insurance plan.

16. All documents and electronically stored information reflecting payment denials or other responses UPMC communicated to Abira for laboratory testing services Abira rendered to UPMC insureds.

17. All explanations of payments UPMC sent to Abira from 2016 through 2023.

18. All documents and electronically stored information showing all payment demands Abira submitted to UPMC from 2016 through 2023, including

but not limited to documents that: (a) identify the natural person on whose behalf the payment demand was made; (b) itemize the amount Abira charged for the laboratory testing service(s) rendered to each UPMC insured; (c) the laboratory testing service(s) date(s), and (d) the date the payment demands were submitted.

19. All documents and electronically stored information showing all payments UPMC tendered Abira from 2016 through 2023, including but not limited to documents that show: (a) the amount Abira charged for the laboratory testing services rendered to each UPMC insured; (b) the amount UPMC paid Abira in satisfaction thereof; (c) the date Abira received each payment; and (d) the claim number and UPMC insured's name associated with each payment.

20. All documents and electronically stored information showing Abira's attempts to collect payment directly from UPMC insureds, as opposed to collecting payment from UPMC.

21. All documents and electronically stored information showing all payments UPMC insureds tendered Abira from 2016 through 2025, including but not limited to documents that show: (a) the UPMC insureds' name; (b) the date Abira received each payment; (c) the amount of each individual payment; and (d) the claim number associated with each payment.

02/05/2025 SL1 2624130v1 102120.00049

22. All documents and electronically stored information showing Abira's attempts to collect payment for any of the claims here from any source other than UPMC or a UPMC insured.

23. All documents and electronically stored information showing Abira's receipt of payment for any of the claims here from any source other than UPMC.

24. All documents and electronically stored information showing the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's efforts to recover funds from UPMC.

25. All documents and electronically stored information showing the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's efforts to recover funds from UPMC insureds.

26. All documents and electronically stored information showing the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's efforts to recover funds from any source other than UPMC or UPMC insureds.

27. All documents and electronically stored information showing Abira's internal procedures for requesting payment from health insurers for laboratory testing services it renders to insureds.

02/05/2025 SL1 2624130v1 102120.00049

28. All documents and electronically stored information showing Abira's internal procedures for collecting payment from health insurers for laboratory testing services it renders to insureds.

29. All documents and electronically stored information showing Abira's internal procedures relating to payment denials issued from health insurers.

30. All documents and electronically stored information showing Abira's policies for requesting payment from health insurers for laboratory testing services it renders to insureds.

31. All documents and electronically stored information showing Abira's policies for collecting payment from health insurers for laboratory testing services it renders to insureds.

32. All documents and electronically stored information showing Abira's policies relating to payment denials issued from health insurers.

33. Abira's internal memoranda or other documents or electronically stored information relating to how Abira requests payment from health insurers for laboratory testing services it renders to insureds.

34. Abira's internal memoranda or other documents or electronically stored information relating to how Abira collects payment from health insurers for laboratory testing services it renders to insureds.

02/05/2025 SL1 2624130v1 102120.00049

35. Abira's internal memoranda or other documents or electronically stored information relating to payment denials issued from health insurers.

36. Abira's internal guidelines or other documents or electronically stored information for requesting payment from health insurers for laboratory testing services it renders to insureds.

37. Abira's internal guidelines or other documents or electronically stored information for collecting payment from health insurers for laboratory testing services it renders to insureds.

38. Abira's internal guidelines or other documents or electronically stored information relating payment denials issued from health insurers.

39. Abira's training materials or other documents or electronically stored information for employees that are responsible for requesting payment from health insurers for laboratory testing services it renders to insureds.

40. Abira's training materials or other documents or electronically stored information for employees that are responsible for collecting payment from health insurers for laboratory testing services it renders to insureds.

41. Abira's training materials or other documents or electronically stored information relating to payment denials issued from health insurers.

02/05/2025 SL1 2624130v1 102120.00049

42. All documents and electronically stored information relating to UPMC's audit, as detailed in UPMC's correspondence to Abira dated April 9, 2018 stating that overpayments to Abira totaling $146,229.20 and requesting refund of that amount.

                                                  Respectfully submitted,

*/s/ Matthew C. Brunelli*
Karl S. Myers (No. 90307)
Matthew C. Brunelli (No. 93498)
STEVENS & LEE
1500 Market Street
East Tower, 18th Floor
Philadelphia, PA 19102
(215) 751-2864
karl.myers@stevenslee.com
(215) 751-1955
matthew.brunelli@stevenslee.cm
Counsel for Defendants,
UPMC Health Plan Inc. and
University Of Pittsburgh Medical Center

Date: February 5, 2025

# CERTIFICATE OF SERVICE

I certify that on the date below I caused the foregoing document to be served on the following by First Class US Mail and email as follows:

Afiyfa H. Ellington, Esq.
Abira Medical Laboratories, LLC
d/b/a Genesis Diagnostics
957 Route 33, Suite 12, #322
Hamilton Square, NJ 08690
aellington@genesisdx.com

                                                  */s/ Matthew C. Brunelli*
                                                  Matthew C. Brunelli

Date: February 5, 2025