# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES LLC D/B/A GENESIS DIAGNOSTICS,<br><br>*Plaintiff*,<br><br>*v.*<br><br>UPMC HEALTH PLAN INC. and UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>*Defendants*. | No. 2:24-cv-00227-CFK |

## DEFENDANTS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF

Defendants UPMC Health Plan Inc. and University of Pittsburgh Medical Center (collectively, "UPMC") request that Plaintiff, Abira Medical Laboratories LLC d/b/a Genesis Diagnostics ("Plaintiff"), produce the following to undersigned counsel within 30 days, under Fed.R.Civ.P. 34.

1. All documents and electronically stored information having any relationship to the law enforcement activity reported[1] as having been carried out at

---

[1] *See, e.g.*, *FBI raids Bucks County COVID-19 testing lab*, www.phillyvoice.com/genesis-diagnostics-fbi-raid-covid-19-testing-bucks-county/; *FBI Raids Genesis Diagnostics Lab In Bucks County*, www.cbsnews.com/philadelphia/news/fbi-raids-genesis-diagnostics-lab-in-bucks-county/.

Plaintiff's premises in January 2021 by the Federal Bureau of Investigation, Office of Inspector General for the U.S. Department of Health and Human Services ("HHS"), and the Pennsylvania Attorney General's Office, to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

2. All documents and electronically stored information having any relationship to any other law enforcement or prosecution activity involving the Federal Bureau of Investigation, the U.S. Department of Justice, any U.S. Attorney's Office, the Inspector General for HHS, the Pennsylvania Attorney General's Office, any Pennsylvania District Attorney's Office, or any other federal, state, or local law enforcement or prosecuting authority, to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

3. All documents and electronically stored information having any relationship to the December 7, 2021, Center for Medicare & Medicaid Services ("CMS") revocation and suspension of Genesis Diagnostics' CLIA certificate and

cancellation of approval to receive Medicare payments for its services,[2] to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

4. All documents and electronically stored information having any relationship to any other administrative agency activity involving CMS, HHS, or any other law federal, state, or local agency, to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

5. All documents and electronically stored information having any relationship to Peter Katz, M.D., to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

6. All documents and electronically stored information having any relationship to Paul Donegan, M.D., to the extent such documents and

---

[2] *See Notice to Public of Revocation and Suspension of Genesis Diagnostics' CLIA Certificate and Cancellation of Approval to Receive Medicare Payment for its Services*, www.cms.gov/files/document/pennsylvania-abira-medical-labs-llc-dba-genesis-diagnostics-12072021.pdf.

electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

7. All documents and electronically stored information having any relationship to Michael Ligotti, M.D., to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

8. All documents and electronically stored information produced by Plaintiff in any criminal, civil, or administrative action or proceeding, to the extent such documents and electronically stored information have any relationship to the claims, counterclaims, or defenses in this case.

9. All deposition, trial, and other transcripts in any criminal, civil, or administrative action or proceeding to the extent they have any relationship to the claims, counterclaims, or defenses in this case or in any other similar action or proceeding.

10. All court orders, opinions, or other decisions deciding or adjudicating any charge, claim, counterclaim, or defense in any criminal, civil, or administrative action or proceeding on any claims, counterclaims, or defenses in any action or proceeding having any similarity to this one.

Respectfully submitted,

*/s/ Matthew C. Brunelli*
Karl S. Myers (No. 90307)
Matthew C. Brunelli (No. 93498)
STEVENS & LEE
1500 Market Street
East Tower, 18th Floor
Philadelphia, PA 19102
(215) 751-2864
karl.myers@stevenslee.com
(215) 751-1955
matthew.brunelli@stevenslee.cm
Counsel for Defendants,
UPMC Health Plan Inc. and
University Of Pittsburgh Medical
Center

Date: February 13, 2025

# **CERTIFICATE OF SERVICE**

I certify that on the date below I caused the foregoing document to be served on the following by First Class US Mail and email as follows:

Afiyfa H. Ellington, Esq.
Abira Medical Laboratories, LLC
d/b/a Genesis Diagnostics
957 Route 33, Suite 12, #322
Hamilton Square, NJ 08690
aellington@genesisdx.com

                                                    */s/ Matthew C. Brunelli*
                                                  Matthew C. Brunelli

Date: February 13, 2025