# Brunelli, Matthew C.

| | |
|---|---|
| **From:** | Myers, Karl S. |
| **Sent:** | Monday, March 10, 2025 9:16 AM |
| **To:** | Afiyfa Ellington |
| **Cc:** | Brunelli, Matthew C. |
| **Subject:** | FW: Abira v. UPMC - written discovery requests addressed to Plaintiff |
| **Attachments:** | UPMC_letter to Plaintiff enclosing written discovery requests_2.5.2025(2624142.1).pdf; UPMC_Interrogatories to Plaintiff_2.5.2025(2624136.1).pdf; UPMC_RPDs to Plaintiff_2.5.2025(2624132.1).pdf |

Afiyfa,

We have not received Abira's/Genesis' responses to UPMC's first set of interrogatories and first set of document requests, which were due on Friday, nor have we received any documents. Please advise as to the whereabouts of these items.

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
215.751.2864
karl.myers@stevenslee.com
Bio | Practice | Blog | LinkedIn

---

**From:** Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>
**Sent:** Wednesday, February 5, 2025 10:37 AM
**To:** Afiyfa Ellington <aellington@genesisdx.com>
**Cc:** Myers, Karl S. <Karl.Myers@stevenslee.com>
**Subject:** Abira v. UPMC - written discovery requests addressed to Plaintiff

Afiyfa, please see the attached.

**Matthew Brunelli**
**Stevens & Lee**
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
T: 215-751-1955
F: 610-371-1239
M: 215-605-2191
matthew.brunelli@stevenslee.com