# Brunelli, Matthew C.

| | |
|---|---|
| **From:** | Myers, Karl S. |
| **Sent:** | Monday, March 17, 2025 9:55 AM |
| **To:** | aellington@genesisdx.com |
| **Cc:** | Brunelli, Matthew C. |
| **Subject:** | FW: Genesis v. UPMC - Outstanding Items |
| **Attachments:** | George Deratany; Thomas Domenico; Abira/Genesis v. UPMC; RE: Abira Medical Laboratories, LLC dba Genesis Diagnostics vs. UPMC Health Plan Inc., et al. - Deposition Notices; FW: Abira v. UPMC - written discovery requests addressed to Plaintiff |

Afiyfa, in addition to the below/attached, please confirm Genesis will be timely responding today to UPMC's second set of document requests. If not, we will add that to our motion to compel.

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
215.751.2864
karl.myers@stevenslee.com
Bio | Practice | Blog | LinkedIn

---

**From:** Myers, Karl S.
**Sent:** Friday, March 14, 2025 10:13 AM
**To:** aellington@genesisdx.com
**Cc:** Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>
**Subject:** Genesis v. UPMC - Outstanding Items

Afiyfa,

I am writing to inquire about all the attached open items. Please advise as to when we should expect to hear back from you.

Specifically, as for Genesis' responses to UPMC's first discovery requests, I believe you said we'd have those and the documents within a day or two of Tuesday. That did not happen. As you know, depositions of Genesis witnesses begin a little over 2 weeks from now, so we must insist that the discovery responses and documents be provided immediately. If we do not have them by Monday, we will need to file a motion to compel with Judge Kenney.

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004

215.751.2864
[karl.myers@stevenslee.com](mailto:karl.myers@stevenslee.com)
[Bio](...) | [Practice](...) | [Blog](...) | [LinkedIn](...)