## IN THE UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS, | DOCKET NO. 2:24-CV-00227-CFK |
| | |
| Plaintiff | **PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF DOCUMENT DEMANDS** |
| vs. | |
| UPMC HEALTH PLAN INC. and UNIVERSITY OF PITTSBURGH MEDICAL CENTER, | |
| Defendants | |

**PLEASE TAKE NOTICE** that Plaintiff, Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics ("Abira" or "Plaintiff") furnish answers, under oath or certification to Defendants, UPMC Health Plan Inc. and University of Pittsburgh Medical Center (collectively referred to as "Defendants")'s First Set of Document Demands.

## I.   DISCLAIMER

The word usage and sentence structure contained in the discovery responses may be that of an attorney assisting in the preparation of the answers and, thus, does not necessarily purport to be precise language of the executing party.

## II.   RESERVATION OF RIGHTS

Plaintiff reserves the right to supplement and/or amend their responses at any time throughout the course of the discovery period should never information become known.

Plaintiff reserves the right to present any document exchanged throughout the course of discovery at the time of trial.

Plaintiff reserves the right to call any individual referenced in any of the documents exchanged throughout the course of discovery as a fact and/or rebuttal witness at time of trial.

## III.  GENERAL OBJECTIONS

1.   Plaintiff objects to the interrogatories served by `Defendants to the extent that these requests seek information or documents that are protected from disclosure by privilege for attorney-client communications and for attorney work product. Inadvertent production of any such information or documents shall not constitute a waiver of any privilege or any ground for objections and discovery with respect to such information or documents, or any other information or documents, or with respect to the subject matter thereof, or the information contained therein, nor shall such

inadvertent production waive the right of Plaintiff to object to the use of any such information or document in any proceeding.

2.    Plaintiff objects to the interrogatories to the extent that they purport to seek information or documents that are materials prepared in anticipation of litigation or for trial, including mental impressions, conclusions or analysis of any attorney or other representative.

3.    Plaintiff objects to the interrogatories to the extent that they purport to demand a response that goes beyond Plaintiff's obligations pursuant to Federal Rules of Civil Procedure.

4.    Plaintiff objects to the interrogatories to the extent that they seek information or documents not in the possession, custody, or control of Plaintiff.

5.    Plaintiff objects to the interrogatories to the extent that they are overly broad, seek information or documents that are neither relevant to the subject matter involved in the instant action nor reasonably calculated to lead to the discovery of admissible evidence, or are oppressive or unduly burdensome.

6.    Plaintiff objects to the interrogatories as overly broad as no time period is provided for which `Defendants seek expansive and detailed descriptions and identification of various facts.

7.    Plaintiff objects to the interrogatories to the extent that they seek information that is already in the public domain or possession of the propounding party or a third party and is readily

available from a source other than Plaintiff in a more convenient, less burdensome, or less expensive manner.

8.    The foregoing general responses and objections are incorporated by reference as if set forth in response to each of the individual interrogatories. Any response to each interrogatory is made notwithstanding and without waiving these objections. Likewise, where a specific objection is made to any sub-part of any interrogatory, that objection also applies to every other sub-part of that interrogatory that cross-references, explicitly or implicitly, the objectionable sub-part.

<u>**PLAINTIFF'S RESPONSES TO DEFENDANTS'**</u>
<u>**FIRST SET OF PRODUCTION REQUESTS**</u>

1.    All documents and electronically stored information referenced in the Amended Complaint (ECF No. 20).

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to supplement this response.

2.    All documents and electronically stored information showing Abira's attempts to collect payment from UPMC for services provided to UPMC insureds.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to supplement this response.

3.    Every requisition for laboratory testing service that Abira submitted to UPMC as alleged in Paragraph 14 of the Amended Complaint.

> **OBJECTIONS**: Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE**: Subject to and without waiving these objections, to the extent there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to supplement this response.

4. Every assignment of benefits that UPMC insureds executed as alleged in Paragraphs 15 and 16 of the Amended Complaint.

> **OBJECTIONS:** Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requestions. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

5. All documents and electronically stored information showing each requisition that corresponds with each claim number identified on Exhibit 1 that is attached to the Amended Complaint.

> **OBJECTIONS:** Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requestions. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

6. All documents and electronically stored information showing each assignment of benefits that corresponds with each claim number identified on Exhibit 1 that is attached to the Amended Complaint.

> **OBJECTIONS:** Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requestions.

Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

7. All documents and electronically stored information in each of Abira's files for each of the claims identified on Exhibit 1 that is attached to the Amended Complaint.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requestions. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

8. All other documents and electronically stored information for each claim identified on Exhibit 1 that is attached to the Amended Complaint.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requestions. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

9. All documents and electronically stored information showing Abira's claimed right to seek payment from UPMC.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in

Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

10.  All documents and electronically stored information showing Abira's claimed right to demand payment from UPMC under UPMC health insurance plans.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, to the extent there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

11.  All documents and electronically stored information showing Abira's claimed right to collect payment from UPMC under UPMC health insurance plans.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, to the extent there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

12.  For each claimed payment, all documents and

electronically stored information showing that Abira conferred a benefit upon the UPMC insured for whom Abira claims payment from UPMC.

> **OBJECTIONS:** Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

13. For each claimed payment, all documents and electronically stored information showing each instance when Abira pursued payment from UPMC.

> **OBJECTIONS:** Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

14. For each claimed payment, all documents and electronically stored information Abira sent to UPMC in support of Abira's claim for payment.

> **OBJECTIONS:** Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to rely on any

documents exchanged during discovery.  Plaintiff reserves the right to supplement this response.

15.  For each claimed payment, all documents and electronically stored information showing Abira's claimed right to demand and collect payment under a UPMC health insurance plan.

**OBJECTIONS**: Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE**: Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314.  Plaintiff reserves the right to rely on any documents exchanged during discovery.  Plaintiff reserves the right to supplement this response.

16.  All documents and electronically stored information reflecting payment denials or other responses UPMC communicated to Abira for laboratory testing services Abira rendered to UPMC insureds.

**OBJECTIONS**: Plaintiff objects to this Request as it calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE**: Subject to and without waiving these objections, there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, appeal letters.  Plaintiff reserves the right to rely on any documents exchanged during discovery. Plaintiff reserves the right to supplement this response.

17.  All explanations of payments UPMC sent to Abira from 2016 through 2023.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, as a provider, Plaintiff typically does not received explanation

of payments, to the extent responsive, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to supplement this response.

18. All documents and electronically stored information showing all payment demands Abira submitted to UPMC from 2016 through 2023, including but not limited to documents that: (a) identify the natural person on whose behalf the payment demand was made; (b) itemize the amount Abira charged for the laboratory testing service(s) rendered to each UPMC insured; (c) the laboratory testing service(s) date(s), and (d) the date the payment demands were submitted.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to rely on any documents exchanged between the parties. Plaintiff reserves the right to supplement this response.

19. All documents and electronically stored information showing all payments UPMC tendered Abira from 2016 through 2023, including but not limited to documents that show: (a) the amount Abira charged for the laboratory testing services rendered to each UPMC insured; (b) the amount UPMC paid Abira in satisfaction thereof; (c) the date Abira received each payment; and (d) the

claim number and UPMC insured's name associated with each payment.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to rely on any documents exchanged between the parties. Plaintiff reserves the right to supplement this response.

20. All documents and electronically stored information showing Abira's attempts to collect payment directly from UPMC insureds, as opposed to collecting payment from UPMC.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE**: Subject to and without waiving these objections, none at this time. Plaintiff reserves the right to supplement this response.

21. All documents and electronically stored information showing all payments UPMC insureds tendered Abira from 2016 through 2025, including but not limited to documents that show: (a) the UPMC insureds' name; (b) the date Abira received each payment; (c) the amount of each individual payment; and (d) the claim number associated with each payment.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for

12

documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to rely on any documents exchanged between the parties. Plaintiff reserves the right to supplement this response.

22. All documents and electronically stored information showing Abira's attempts to collect payment for any of the claims here from any source other than UPMC or a UPMC insured.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, none at this time. Plaintiff reserves the right to supplement this response.

23. All documents and electronically stored information showing Abira's receipt of payment for any of the claims here from any source other than UPMC.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE:** Subject to and without waiving these objections, none at this time. Plaintiff reserves the right to supplement this response.

24. All documents and electronically stored information showing the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's

13

efforts to recover funds from UPMC.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE**: Subject to and without waiving these objections, to the extent there are responsive documents, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to change health information, health 1500 forms, and appeals. Plaintiff reserves the right to rely on any documents exchanged between the parties. Plaintiff reserves the right to supplement this response.

25. All documents and electronically stored information showing the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's efforts to recover funds from UPMC insureds.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, none at this time. Plaintiff reserves the right to supplement this response.

26. All documents and electronically stored information showing the name, address, telephone number, and email address for each current or former Abira employee with knowledge of Abira's efforts to recover funds from any source other than UPMC or UPMC insureds.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for

documents in Defendants' possession and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE:** Subject to and without waiving these objections, none at this time. Plaintiff reserves the right to supplement this response.

27. All documents and electronically stored information showing Abira's internal procedures for requesting payment from health insurers for laboratory testing services it renders to insureds.

**OBJECTIONS:** Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to rely on any documents exchanged between the parties. Plaintiff reserves the right to supplement this response.

28. All documents and electronically stored information showing Abira's internal procedures for collecting payment from health insurers for laboratory testing services it renders to insureds.

**OBJECTIONS:** Plaintiff objects to this Interrogatory under the overly broad, overly burdensome and ambiguous, subject to attorney-client privilege and work product. Fed. R.Civ. P. 26.

**RESPONSE:** Subject to, and without waiving the foregoing objections, see Plaintiff's bates stamped document production, ABIRA000001 to ABIRA008314, which includes documents setting forth the steps taken against the

Defendants, including but not limited to test results, screenshots, Health insurance forms, appeal letters, change health exchange information and other documentation. Plaintiff reserve the right to rely on any document and information exchanged during discovery. Plaintiff reserves the right to supplement this response.

29. All documents and electronically stored information showing Abira's internal procedures relating to payment denials issued from health insurers.

> **OBJECTIONS:** Plaintiff objects to this Interrogatory under the overly broad, overly burdensome and ambiguous, subject to attorney-client privilege and work product. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to, and without waiving the foregoing objections, see Plaintiff's bates stamped document production, ABIRA000001 to ABIRA008314, which includes documents setting forth the steps taken against the Defendants, including but not limited to, appeal letters, change health exchange information and other documentation. Plaintiff reserve the right to rely on any document and information exchanged during discovery. Plaintiff reserves the right to supplement this response.

30. All documents and electronically stored information showing Abira's policies for requesting payment from health insurers for laboratory testing services it renders to insureds.

> **OBJECTIONS:** Plaintiff objects to this Interrogatory under the overly broad, overly burdensome and ambiguous, subject to attorney-client privilege and work product. Fed. R.Civ. P. 26.

> **RESPONSE:** Subject to, and without waiving the foregoing objections, see Plaintiff's bates stamped document production, ABIRA000001 to ABIRA008314, which includes documents setting forth the steps taken against the Defendants in an effort to collect funds for laboratory testing services including but not limited to test results,

screenshots, Health insurance forms, appeal letters, change health exchange information and other documentation. Plaintiff reserve the right to rely on any document and information exchanged during discovery. Plaintiff reserves the right to supplement this response.

31. All documents and electronically stored information showing Abira's policies for collecting payment from health insurers for laboratory testing services it renders to insureds.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

32. All documents and electronically stored information showing Abira's policies relating to payment denials issued from health insurers.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

33.   Abira's internal memoranda or other documents or electronically stored information relating to how Abira requests payment from health insurers for laboratory testing services it renders to insureds.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, work product, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.

> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

34.   Abira's internal memoranda or other documents or electronically stored information relating to how Abira collects payment from health insurers for laboratory testing services it renders to insureds.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserve the right to rely on any document and information exchanged during discovery. Plaintiff reserves the right to supplement this response.

35.   Abira's internal memoranda or other documents or electronically stored information relating to payment denials issued from health insurers.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserve the right to rely on any document and information exchanged during discovery. Plaintiff reserves the right to supplement this response.


36. Abira's internal guidelines or other documents or electronically stored information for requesting payment from health insurers for laboratory testing services it renders to insureds.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.


37. Abira's internal guidelines or other documents or electronically stored information for collecting payment from health insurers for laboratory testing services it renders to insureds.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to

this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

38.  Abira's internal guidelines or other documents or electronically stored information relating payment denials issued from health insurers.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

39.  Abira's training materials or other documents or electronically stored information for employees that are responsible for requesting payment from health insurers for laboratory testing services it renders to insureds.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw

data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

40. Abira's training materials or other documents or electronically stored information for employees that are responsible for collecting payment from health insurers for laboratory testing services it renders to insureds.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

41. Abira's training materials or other documents or electronically stored information relating to payment denials issued from health insurers.

> **OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
> **RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314, including but not limited to requisitions, medical records, lab results, change health information, health 1500 forms, appeals, raw data spreadsheet and paid spreadsheet. Plaintiff reserves the right to supplement this response.

42. All documents and electronically stored information

relating to UPMC's audit, as detailed in UPMC's correspondence to Abira dated April 9, 2018 stating that overpayments to Abira totaling $146,229.20 and requesting refund of that amount.

**OBJECTIONS**: Plaintiff objects to this Request under overly broad, ambiguous, repetitive, calls for documents in Defendants' possession, calls for documents not relevant to this matter and/or otherwise calls for factual and legal conclusions. Fed. R.Civ. P. 26.
**RESPONSE**: Subject to and without waiving these objections, see Bates stamped ABIRA000001 to ABIRA008314. Plaintiff reserves the right to supplement this response.


Dated: March 17, 2025    By:  /s/Afiyfa Ellington
                             Afiyfa H. Ellington, Esq.
                             **Abira Medical Laboratories, LLC**
                             **d/b/a Genesis Diagnostics**
                             957 Rte 33 **|** Suite 12 **|** #322
                             Hamilton Square, New Jersey 08690
                             Tel: (212)220-1616
                             aellington@genesisdx.com