# Brunelli, Matthew C.

| | |
|---|---|
| **From:** | Myers, Karl S. |
| **Sent:** | Tuesday, March 18, 2025 2:22 PM |
| **To:** | Afiyfa Ellington; Brunelli, Matthew C. |
| **Subject:** | RE: Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc. - Plaintiffs' Discovery Resposes |

Afiyfa,

Thank you for this. We are reviewing, but please note that I expect we will be sending you a deficiency letter, as these responses are noncompliant. For one thing, general and blanket objections are prohibited by the rules and Judge Kenney's procedures. We will be writing you a letter to detail these issues and request revised responses.

Several other issues also remain unaddressed, as noted in my email from Friday. For instance, I have received no response to my 3/11 letter concerning the depositions of the UPMC individuals. If the four notices for the apex depositions are not withdrawn, I will need to file a motion for a protective order to put the matter before Judge Kenney. Will you please withdraw those four notices?

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
215.751.2864
karl.myers@stevenslee.com
Bio | Practice | Blog | LinkedIn

---

**From:** Afiyfa Ellington <aellington@mfamilyindustries.com>
**Sent:** Monday, March 17, 2025 12:23 PM
**To:** Myers, Karl S. <Karl.Myers@stevenslee.com>; Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>
**Subject:** Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc. - Plaintiffs' Discovery Resposes

Good afternoon, attached please find Plaintiff's responses to Defendants' written discovery and link to document production bates stamped ABIRA000001 to ABIRA008314.

https://www.dropbox.com/scl/fo/ulfi152qk7j7vg0ut21hu/AEskncO3TUrPKOh7Z0mtZhU?rlkey=w2mm1jc04t091cl3j5rt3qv9l&st=r0ooud8i&dl=0

Thank you, Afiyfa



**Afiyfa H. Ellington, Esq.**
**In-House Counsel, Miller Family Industries**

Office: 212.220.1616  |  Cell: 973.699.8672

www.Millerfamilyindustries.com

aellington@mfamilyindustries.com

HQ: 1 N Johnston Avenue Suite D-304 Hamilton, NJ 08610

Finance Office: 695 Cross Street Suite 281 Lakewood, NJ 08701

"A family of forward thinkers"

       

Create your own email signature