# Brunelli, Matthew C.

| | |
|---|---|
| **From:** | Myers, Karl S. |
| **Sent:** | Monday, March 31, 2025 11:29 AM |
| **To:** | aellington@genesisdx.com |
| **Cc:** | Brunelli, Matthew C. |
| **Subject:** | Genesis v. UPMC - Open Items from Genesis |

Afiyfa,

Genesis still has not addressed many issues. Please address these promptly, as we unfortunately will again need to pursue motion practice with the Court if Genesis does not bring these items current:

1. **Deficiency Letter** – As a reminder, we need Genesis' response to our deficiency letter by today, as we requested. We need those deficiencies addressed and resolved promptly so we can begin depositions and other discovery steps.

2. **Depositions of Abe Miller and Alan Miller** – We continue to insist on Abe Miller and Alan Miller's depositions during the current discovery period. We do not agree to any extension on discovery, as there is no basis for it. You had said both Millers were out of the country until May 5th. We request proof that they are out of the country. Assuming they really are out of the country, we will agree to virtual depositions, and thus their absence from the country is no reason not to proceed with those depositions.

3. **Deposition of Genesis 30(b)(6)** – Who is Genesis' 30(b)(6) witness and on what dates is the witness available? We have not been supplied with that information.

4. **Deposition of Alan Ace** – You advised for the first time last week that Alan Ace is not within your client's control. We ask again: please immediately sent us his contact information so we can serve him with a subpoena for his deposition.

5. **Deposition of Gabriela Lavin-Mongillo** – We are still waiting for proof of her role that you agreed to supply. We have asked for this several times. Please supply immediately.

6. **Interviews of Elliott Vernon, George Deratany, Thomas Domenico** – We are still waiting for proof and the terms of their confidentiality obligations. We will of course honor any such requirements and avoid seeking any information covered by such protections, but we need that confidentiality information. We have asked for this several times. Please supply immediately.

7. **Contact Information for Michael Sloskey, Harry Myles, Kevin Rox** – Please send us contact information for these three individuals.

8. **Heidi Beggan** – Given we have agreed to virtual depositions for Genesis witnesses, we are presuming Ms. Beggan's deposition will be virtual. You have said nothing to the contrary. Please let us know if you have any questions or would like to discuss this.

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**

1

555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
215.751.2864
[karl.myers@stevenslee.com](karl.myers@stevenslee.com)
[Bio](Bio) | [Practice](Practice) | [Blog](Blog) | [LinkedIn](LinkedIn)