# Brunelli, Matthew C.

**From:** Brunelli, Matthew C.
**Sent:** Friday, January 24, 2025 11:35 AM
**To:** Afiyfa Ellington
**Cc:** Myers, Karl S.
**Subject:** Genesis v. UPMC

███████████████████████████████████████████

██████████████████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
███████████████████████████████████████████████

████████████████████████████████████████████████, we anticipate putting the finishing touches on our written discovery next week, so we are prepared to serve on or shortly after February 3.  We also anticipate noticing corporate designee and individual fact witness depositions for dates in March.  Please direct your client's personnel to keep their calendars as clear as possible in March and April to ensure we can secure deposition dates.

**Matthew Brunelli**
**Stevens & Lee**
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
T: 215-751-1955
F: 610-371-1239
M: 215-605-2191
matthew.brunelli@stevenslee.com