

957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: 212.220.1616
Email:aellington@genesisdx.com

March 4, 2024

**VIA EMAIL** matthew.brunelli@stevenslee.com and Karl.Myers@stevenslee.com
Matthew Brunelli, Esq.
Karl S. Myers, Esq.
Stevens & Lee
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004

      Re:    Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc., et al., Case No. 2:24-cv-00227-CFK

Dear Counsel Brunelli and Myers:

      As you know the undersigned represents Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics ("Plaintiff") in the above-referenced matter. Plaintiff is in receipt of Defendants, UPMC Health Plan, Inc. and University of Pittsburgh Medical Center ("Defendants") depositions notices for (1) corporate designee of Plaintiff; (2) Alan Miller; (3) Abraham Miller; (4) Elliot Vernon; (5) Alan Ace; (6) Julia Hogan; (7) Gabriela Laven (sic); and (8) Raven Stone propounded on Plaintiff on February 24, 2025.

      This letter is to request the withdraw of the notices of depositions for Gabriela Laven (Sic) Julia Hogan and Raven Stone. Please be advise that Plaintiff objects to the deposition of Raven Stone, as she is the litigation department's paralegal and was hired in 2024, well past the time period subject to his litigation. Plaintiff objects to the deposition of Julia Hogan as she was hired in mid-year 2021 as an administrative assistant. Ms. Hogan has limited factual knowledge and her deposition would provide repetitive information. Gabriela Laven (sic) was an account manager and director of administrative services for Plaintiff in 2020-2021, and hence her position related to customer service and administrative services during the time period at issue in this matter. Please confirm that you will be withdrawing Ms. Laven (sic), Ms. Hogan and Ms. Stone's notice of depositions.

      Plaintiff respectfully requests that the deposition of Alan Ace occur over video conference platform.

      Please be advised that Elliot Vernon is no longer employed at Plaintiff and does not have the power to produce him in response to Defendants' notice of deposition.

      Plaintiff reserves all objects to the remaining notices of depositions and this letter should not be deemed a waiver of any objections.



957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: 212.220.1616
Email:aellington@genesisdx.com

Please feel free to contact me with any questions or concerns.  Thank you for your attention to this matter.

Very truly yours,

AFIYFA H. ELLINGTON