# Brunelli, Matthew C.

| | |
|---|---|
| **From:** | Afiyfa Ellington <aellington@genesisdx.com> |
| **Sent:** | Wednesday, March 19, 2025 5:44 PM |
| **To:** | Myers, Karl S.; Brunelli, Matthew C. |
| **Subject:** | Re: FW: Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc.,: 3/19/25 Correspondence in response to discovery disputes |

Karl, Defendants have not responded to Plaintiff's request to withdraw depositions for Laven, Stone and Hogan and have not responded to logistics for Alan Ace's deposition as requested in Plaintiff's March 4, 2025 and March 19, 2025 correspondence. Without Defendants' position on Plaintiff's request we will not be able to provide a complete witness schedule. Corporate designee(s) of Abira and the Millers are available after May 5, 2025. Please provide dates of availability of the noticed deponents served on Defendants.

If there is still a reason to meet and confer, I am available tomorrow from 10:30 to noon and Friday after 11 am.

Please refrain from using any other email address outside of aellington@genesisdx.com to communicate regarding this matter.

Thank you, Afiyfa



**Afiyfa H. Ellington, Esq.**
**In-House Counsel, Genesis Diagnostics**

212-220-1616 | aellington@genesisdx.com

957 Route 33, Suite 12, #322, Hamilton Square, New Jersey 08690

Create your own email signature

---

---------- Forwarded message ---------
From: **Myers, Karl S.** <Karl.Myers@stevenslee.com>
Date: Wed, Mar 19, 2025 at 11:30 AM
Subject: FW: Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc.,: 3/19/25 Correspondence in response to discovery disputes
To: Afiyfa Ellington <aellington@mfamilyindustries.com>
Cc: Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>

Afiyfa,

Let's set up a time for a meet-and-confer to discuss the open issues here.  We could speak tomorrow except 12-1 and 2-3 or Friday anytime except 9-10 and 1-2.  We generally prefer mornings.  When we speak, we'd ask you to have your witness' schedules so we can schedule the depositions.  We will endeavor to do the same for Heidi and Matt.

Thanks.

**Karl S. Myers**

**Co-Chair, Appellate Practice Group**

**Stevens & Lee**

555 City Avenue, Suite 1170

Bala Cynwyd, PA 19004

215.751.2864

karl.myers@stevenslee.com

Bio | Practice | Blog | LinkedIn

---

**From:** Afiyfa Ellington <aellington@genesisdx.com>
**Sent:** Wednesday, March 19, 2025 8:00 AM
**To:** Myers, Karl S. <Karl.Myers@stevenslee.com>; Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>
**Subject:** Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc.,: 3/19/25 Correspondence in response to discovery disputes

Please see attached.



**Afiyfa H. Ellington, Esq.**
In-House Counsel, Genesis Diagnostics

212-220-1616  |  aellington@genesisdx.com

957 Route 33, Suite 12, #322, Hamilton Square, New Jersey 08690

Create your own email signature

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.