

957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: 212.220.1616
Email:aellington@genesisdx.com

March 19, 2025

**VIA EMAIL** matthew.brunelli@stevenslee.com and Karl.Myers@stevenslee.com
Karl S. Myers, Esq.
Matthew Brunelli, Esq.
Stevens & Lee
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004

      Re:    Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc., et al., Case No. 2:24-cv-00227-CFK

Dear Counsel Brunelli and Myers:

      As you know the undersigned represents Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics ("Plaintiff") in the above-referenced matter. This letter is in response to Defendants, UPMC Health Plan, Inc. and University of Pittsburgh Medical Center ("Defendants") nine (9) communications from March 10, 2025 through March 18, 2025 regarding discovery matters

(1) **March 10, 2025 Email correspondence requesting contact information for Elliott Veron, Esq:** Plaintiff provided Vernon's last known address on March 11, 2025.

(2) **March 10, 2025 Email correspondence requesting past due discovery from Plaintiff**: On March 17, 2025 Plaintiff forwarded correspondence to Defendants enclosing responses to interrogatories, responses to first set of document demand and responses to second document demand, along with document production bates stamped ABIRA000001 to ABIRA 008314.

(3) **March 11, 2025 Correspondence objecting to deposition notices**: In this letter Defendants object to the deposition notices and request for withdrawal of deposition notices of President and CEO Davis, Chairperson Surna, President and CEO Jenkins and Chief Leal Officer Kashuba, withdrawal of deposition notice of University of Pittsburgh Medical Center and adjournment of Depositions of Ms. Beggan and Mr. Moyer. Plaintiff served Defendant with a similar letter on March 4, 2025 requesting that Defendants withdraw the depositions of Ms. Laven (Sic), Hogan and Stone, and requested that Mr. Alan Ace's deposition notice be conducted via video conference. To date Defendants have not responded. After receipt of Defendant's response to Plaintiff's March 4, 2025 Correpsondence, Plaintiff will respond to Defendant's demands. Plaintiff reserves the right to file a motion for protective order or otherwise address these discovery concerns.

      Plaintiff is aware that Defendants will not be producing Ms. Beggan and Mr. Moyer due to scheduling conflicts. Please provide availability for the rescheduling of these depositions.



957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: 212.220.1616
Email:aellington@genesisdx.com

---

Moreover, Plaintiff has scheduled the corporate designee of UPMC to occur on April 9, 2025. Due to the Defendants' failure to provide complete responses to Plaintiff's interrogatories and document demands, this deposition will need to be adjourned. Kindly forward complete document production in response to Plaintiff's interrogatories and document demands so that Plaintiff can fully prepare for the deposition.

Moreover, Defendants have noticed depositions of the corporate designee of Abira, Alan Miller and Abraham Miller. Plaintiff requests that these depositions be adjourned as deponents will be out of the country during the noticed dates. Moreover, Plaintiff requests that Alan Ace's deposition be adjourned and scheduled for a date after the deposition of the corporate designee.

(4) **March 11, 2025 Email correspondence requesting a meet and confer**: Please provide your availability during the remainder of this week and the week of March 24, 2025.

(5) **March 11, 2025 Email correspondence requesting contact information for Dr. Domenico**: Plaintiff does not have contact information for Dr. Domenico.

(6) **March 13, 2023 Email correspondence requesting last known address for George Deratany**: George Deratany was not an employee of Plaintiff and has no knowledge of relevant facts concerning the matter in dispute as he was a consultant on extraction methods. Plaintiff does not have current information for Mr. Deratany.

(7) **March 14, 2025 Email enclosing two Correspondence to George A. Deratany, Jr. and Elliot H. Vernon, Esq**.: Mr. Vernon was Plaintiff's attorney during the period at issue in this matter and hence Defendants are improperly seeking attorney client privileged communications. Thus, Plaintiff hereby objects and demands the immediate withdraw of this informal request. If Defendants don't comply, Plaintiff reserves the right to file the appropriate motion before Judge Kenney.

(8) **March 17, 2025 Defendant's email correspondence threatening to file a motion to compel if second set of document requests are not timely produced:** Please see response to No. 2 above.

(9) **March 18, 2025 Email correspondence regarding alleged deficiencies to discovery responses and follow up on March 11, 2025 Correspondence regarding deposition notices**: Plaintiff will respond to any deficiency letter upon receipt. Please see response to Item No. 3, above. Moreover, while Defendants contend that Plaintiff's responses are deficient, Defendants have yet to produce a complete document production in response to Plaintiff's document demands. If Defendants do not produce responsive documents on or before March 28, 2025, Plaintiff will file a motion to compel before Judge Kenney.



957 Route 33 | Suite 12 | #322
Hamilton Square | New Jersey | 08690
Tel: 212.220.1616
Email:aellington@genesisdx.com

Plaintiff reserves the right to serve a deficiency letter regarding Defendants' answers to interrogatories.

Very truly yours,

AFIYFA H. ELLINGTON