

555 City Ave., Suite 1170
Bala Cynwyd, PA 19004

(215) 751-2864
karl.myers@stevenslee.com

March 20, 2025

**By Email**
Afiyfa H. Ellington, Esquire
Genesis Diagnostics
957 Route 33, Suite 12, #322
Hamilton Square, NJ 08690
aellington@genesisdx.com

Re:    **Abira/Genesis v. UPMC**
       **E.D. Pa. Civ. No. 24-227**

Dear Afiyfa:

Thank you for participating in the meet-and-confer with us today. This letter confirms our discussions and agreements.

**Deficiency Letter** – As we stated, we will be sending you a separate deficiency letter today that describes the issues UPMC has with Genesis' discovery responses.

**UPMC's Document Production** – We explained that we asked for a meet-and-confer on this issue mainly to address the time period in question. Before, the parties seemed to agree that the matter was confined to matters that are not time-barred, *i.e.*, claims from the fall of 2019 to the present. As you explained, you had no authority to withdraw the earlier claims, and thus were still pursuing older claims dating back to 2016. Given this, we will produce older documentation as well (subject, of course, to our objections as stated in our responses). You expressed that you needed our document productions to be completed by April 11 in order for you to have enough time in advance of the UPMC depositions (discussed below). We agreed to begin producing documents by next week and agreed to complete production by **April 11**.

**Genesis Witness Depositions** –

We agreed to withdraw the deposition notice for Raven Stone based on your representation and our research showing that she is a paralegal and began working for Genesis in 2024.

We also agreed to withdraw the deposition notice for Julia Hogan based on your representation and our research indicating that she is an administrative assistant who began working for Genesis in mid-2021.

As for Gabriela Lavin-Mongillo, we need additional information. You represented that her role was administrative, but your earlier letter says she is an account manager and our

Allentown • Bala Cynwyd • Bergen County • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PROFESSIONAL CORPORATION

SL1 2680566v1 102120.00049

research shows her current title is "Director of Administrative Services." It also appears she began working for Genesis in November 2020, which overlaps with many of the claims at issue here. We thus have reason to believe that she has relevant information. Based on our discussion, you agreed to provide additional information (such as a resume, affidavit, or other material) showing the nature of her role. We cannot withdraw this notice unless and until we confirm that she had no material or substantive role with any of the claims here.

As for the Genesis 30(b)(6), Alan Miller and Abe Miller, you advised us yesterday, for the first time, that they would be out of the country and unavailable until May 5. This is unacceptable, as we put Genesis on notice long ago of the need to take these depositions in March or April and sent deposition notices weeks ago. What is more, May 5 is the discovery cutoff; we are unwilling to extend any deadline dates and doubt Judge Kenney is, either. You asked if the Alan and Abe Miller and Alan Ace depositions could be taken virtually, and we will agree, so long as you agree to reciprocate and agree that Heidi Beggan will be deposed virtually, as she otherwise would need to undertake onerous travel. You indicated you would confirm this by tomorrow. Please also confirm both Millers and Alan Ace will be available for full-day depositions (7 hours), as I expect to have many questions on many topics for all of them.

As for deposition dates for the Genesis 30(b)(6), Alan Miller, Abe Miller, Alan Ace, and Gabriela Lavin-Mongillo, you did not have your witness' availability, and asked us to instead offer deposition dates. We offer the following dates: **April 3, 4, 7, 8, 9, 10, 11**. You promised to send these dates to these witnesses promptly so we can confirm those dates. Please do so by tomorrow.

### Former Genesis Individuals –

As for Elliott Vernon, we agreed that we will instruct him at the outset of any discussion that he should not disclose any information covered by the attorney-client or work-product privileges. That said, we fully expect that he has information not covered by those doctrines, including because CMS identified Mr. Vernon as the "owner" of Genesis.

As for Mr. Vernon, Thomas Domenico, and George Deratany, you indicated these individuals may have confidentiality agreements with Genesis. While we do not understand how those confidentiality agreements could pertain to any discussions we might have with them, you agreed to supply information to us to the extent any such agreement might pertain.

### UPMC Witness Depositions –

As for the deposition notices for CEO Davis, CEO Jenkins, Chair Surma, and General Counsel Kashuba, I repeated our demand that these notices be withdrawn. I reiterated that these witnesses have no knowledge of any facts on any claim or defense and that the notices thus are improper apex notices and must be withdrawn. Your client has no valid basis to depose these individuals. You appeared to indicate an inclination to withdraw these, but said you needed to

confer with your client and would do so by tomorrow.  Please do so.  If withdrawal of all these notices does not occur by tomorrow, we will file a motion with Judge Kenney next week for a protective order prohibiting these depositions.

As for the deposition of the UPMC 30(b)(6), you agreed that we could produce a single witness to cover both 30(b)(6) notices.  We also confirmed that deposition for **April 22**, assuming UPMC does not designate Heidi Beggan and/or Matt Moyer as the designee(s).  If either or both is designated for that purpose, then no deposition will occur that day.

As for Heidi Beggan, we confirmed that deposition for **May 1**, again based on the assumption that it will be virtual.

As for Matt Moyer, we confirmed that deposition for **May 2**.

Sincerely,

Karl S. Myers

cc:    Matthew Brunelli, Esquire