**Brunelli, Matthew C.**

| | |
|---|---|
| **From:** | Myers, Karl S. |
| **Sent:** | Monday, March 24, 2025 9:26 AM |
| **To:** | aellington@genesisdx.com |
| **Cc:** | Brunelli, Matthew C. |
| **Subject:** | FW: Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc.,: 3/19/25 Correspondence in response to discovery disputes |
| **Attachments:** | 2025.03.20 - UPMC Letter to Genesis re Meet and Confer Agreements - Abira-Genesis v. UPMC.pdf |

Afiyfa,

1. Has your client agreed to withdraw the deposition notices for CEO Davis, CEO Jenkins, Chair Surma, and General Counsel Kashuba?

2. On which of April 3, 4, 7, 8, 9, 10, 11 will we conduct each of the depositions for the Genesis 30(b)(6), Alan Miller, Abe Miller, Alan Ace, and Gabriela Lavin-Mongillo?

3. Can we confirm that Heidi Beggan's deposition will occur virtually?

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**
555 City Avenue, Suite 1170
Bala Cynwyd, PA 19004
215.751.2864
karl.myers@stevenslee.com
Bio | Practice | Blog | LinkedIn

---

**From:** Myers, Karl S. <Karl.Myers@stevenslee.com>
**Sent:** Thursday, March 20, 2025 12:06 PM
**To:** Afiyfa Ellington <aellington@genesisdx.com>; Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>
**Subject:** RE: Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc.,: 3/19/25 Correspondence in response to discovery disputes

Afiyfa,

Thank you for the discussion today. Attached please find the letter confirming our discussion and agreements. We look forward to hearing from you by tomorrow on many of the open items.

Thank you.

**Karl S. Myers**
**Co-Chair, Appellate Practice Group**

**Stevens & Lee**
555 City Avenue, Suite 1170

Bala Cynwyd, PA 19004
215.751.2864
karl.myers@stevenslee.com
Bio | Practice | Blog | LinkedIn

---

**From:** Afiyfa Ellington <aellington@genesisdx.com>
**Sent:** Wednesday, March 19, 2025 8:00 AM
**To:** Myers, Karl S. <Karl.Myers@stevenslee.com>; Brunelli, Matthew C. <matthew.brunelli@stevenslee.com>
**Subject:** Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics v. UPMC Health Plan Inc.,: 3/19/25 Correspondence in response to discovery disputes

Please see attached.



**Afiyfa H. Ellington, Esq.**
**In-House Counsel, Genesis Diagnostics**

212-220-1616  |  aellington@genesisdx.com

957 Route 33, Suite 12, #322, Hamilton Square, New Jersey 08690

---

Create your own email signature