**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABIRA MEDICAL LABORATORIES, LLC d/b/a GENESIS DIAGNOSTICS,** ***Plaintiff,*** | : | **CIVIL ACTION** |
| **v.** | : | |
| **UPMC HEALTH PLAN INC., et al.,** ***Defendants.*** | : | **No. 24-cv-0227** |

**ORDER**

**AND NOW**, this **23rd** day of **April 2025**, upon consideration of Defendants' Omnibus Motion to Compel Complete Discovery Responses and Deposition Appearances (ECF No. 39), Plaintiff's response (ECF No. 47), and the docket, it is hereby **ORDERED** that Defendants' Motion (ECF No. 39) is **GRANTED**. It is further **ORDERED** as follows:

1. The "General Objections" Plaintiff lodged in response to Defendants' Interrogatories and Requests for Production of Documents (Sets 1 and 2) are stricken;
2. Plaintiff's objections premised on it previously serving initial disclosures are stricken;
3. Each "form objection" Plaintiff asserted is stricken;
4. All attorney-client privilege and work-product doctrine objections Plaintiff asserted are stricken;
5. Each "overly broad," "unduly burdensome," "ambiguous," and/or "repetitive" objection Plaintiff asserted is stricken;
6. Each objection asserting that the discovery request calls for factual and legal conclusions is stricken;
7. Each objection asserting that a document request calls for documents in Defendants' possession is stricken;

8. Plaintiff shall produce to Defendants contact information for Alan Ace by **May 6, 2025**;
9. Plaintiff shall correct its written responses to Defendants' Interrogatories and Requests for Production of Documents (Sets 1 and 2) to resolve those deficiencies identified in Defendants' Motion and further, Plaintiff shall produce complete supplemental discovery responses in response to Defendants' Interrogatories and Requests for Production of Documents (Sets 1 and 2) no later than **May 1, 2025**;
10. Plaintiff shall produce, in person, the following witnesses for deposition:
    a. 30(b)(6) Witness, between **May 7, 2025 and May 14, 2025**,
    b. Alan Miller, between **May 7, 2025 and May 14, 2025**,
    c. Abraham Miller, between **May 7, 2025 and May 14, 2025**,
    d. Gabriela Lavin-Mongillo, between **May 7, 2025 and May 14, 2025**;
11. Plaintiff shall also produce to UPMC contact information for Alan Ace, who Plaintiff previously represented was a witness under Plaintiff's control, by **May 6, 2025**.

**This Order is not to be construed as implicitly granting Plaintiff's Motion to Extend Discovery Deadlines (ECF No. 44). The discovery deadlines are extended only for the specific purposes set forth above. The Court will rule on Plaintiff's Motion (ECF No. 44) after receiving a response from Defendants.** Plaintiff is reminded that it has the burden of producing its business records, exhibits, and testimony that support its claims, and that discovery is not intended to be an audit of defense documents paid for by the defense.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**