IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABIRA MEDICAL LABORATORIES,** | : | |
| **LLC d/b/a GENESIS DIAGNOSTICS,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **UPMC HEALTH PLAN INC., et al.,** | : | No. 24-cv-0227 |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this **4th** day of **June 2025**, upon consideration of Defendants' Motion for Contempt and Sanctions (ECF No. 55), Plaintiff's Response (ECF Nos. 57, 58), and the docket, and after a May 28, 2025 hearing regarding the Motion (ECF No. 59), it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 55) is **GRANTED** in part and **DENIED** in part.  The Motion is granted insofar as Defendants seek reasonable expenses, including attorney's fees, for the preparation of the Motion for Contempt and Sanctions and in connection with preparing for the May 28, 2025 argument on the Motion.  *See* ECF No. 55 at 10.

2. Defendants shall submit a verified statement of attorney's fees for the time spent preparing the Motion and for the argument, on or before **June 9, 2025**.  That statement shall explain what was billed for, include each attorney's hourly billing rate for this matter, and must certify that the billing rate reflects what was agreed to with the client.

3. The Scheduling Order (ECF No. 36) is **AMENDED** in the following manner.  Any motions for summary judgment and *Daubert* motions shall be filed on or before **July 16, 2025, at 12:00 p.m.**  Response(s) to any such motion shall be filed within **twenty-one (21)** days of service of the motion.

4. Any motion to extend expert discovery deadlines, in connection with the issues raised

at the May 28, 2025 hearing, shall be filed on or before **June 11, 2025**. As set forth at the May 28, 2025 hearing, the Court originally intended for this deadline to be June 4, 2025. However, because this Order is being filed on June 4, the Court shall give the Parties an additional week.

                                                  **BY THE COURT:**

                                                  /s/ Chad F. Kenney
                                                  _____
                                                  **CHAD F. KENNEY, JUDGE**