**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABIRA MEDICAL LABORATORIES,** | : | |
| **LLC d/b/a GENESIS DIAGNOSTICS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UPMC HEALTH PLAN INC., et al.,** | : | **No. 24-cv-0227** |
| *Defendants.* | : | |

**ORDER**

**AND NOW**, this **25th** day of **June 2025**, upon consideration of Plaintiff's Motion for Extension of Expert Discovery Deadlines (ECF No. 64), Defendants' Opposition (ECF No. 65), and the docket, it is hereby **ORDERED** that Plaintiff's Motion (ECF No. 64) is **DENIED** for the reasons set forth in the accompanying memorandum.

**BY THE COURT:**

**/s/ Chad F. Kenney**

_____

**CHAD F. KENNEY, JUDGE**