**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ABIRA MEDICAL LABORATORIES,** : | | |
| **LLC d/b/a GENESIS DIAGNOSTICS,** : | **CIVIL ACTION** | |
| *Plaintiff,* : | | |
| : | | |
| v. : | | |
| : | | |
| **UPMC HEALTH PLAN INC., et al.,** : | No. 24-cv-0227 | |
| *Defendants.* : | | |

## ORDER

**AND NOW**, this **28th** day of **July 2025**, upon consideration of Defendants' Verified Statement of Attorney's Fees (ECF No. 62), Plaintiff's Opposition (ECF No. 63), this Court's June 4, 2025 Order and Memorandum Opinion (ECF Nos. 60, 61), and the docket, it is hereby **ORDERED** that Defendants are **AWARDED** $16,276.80 in attorney's fees for the reasons stated in the accompanying memorandum opinion.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

1