IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABIRA MEDICAL LABORATORIES,** | : | |
| **LLC d/b/a GENESIS DIAGNOSTICS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| **v.** | : | |
| | : | |
| **UPMC HEALTH PLAN INC., et al.,** | : | No. 24-cv-0227 |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **3rd** day of **November 2025**, upon consideration of Defendants' Motion for Summary Judgment on Plaintiff's Claims (ECF No. 68), Plaintiff's Opposition (ECF No. 77), Defendants' Reply (ECF No. 86), Plaintiff's Motion for Summary Judgment on Defendants' Counterclaim (ECF No. 69), Defendants' Opposition (ECF No. 72), and the docket, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 68) is **GRANTED**.

2. Plaintiff's Motion (ECF No. 69) is **GRANTED**.

3. The **CLERK OF COURT** is directed to **CLOSE** the case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**